1  Aaron L. Agenbroad (State Bar No. 242613)
   alagenbroad@JonesDay.com
2  Allison E. Crow (State Bar No. 279078)
   acrow@JonesDay.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:    +1.415.626.3939
5  Facsimile:    +1.415.875.5700

6  Attorneys for Defendant
   CELLCO PARTNERSHIP D/B/A VERIZON
7  WIRELESS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| NATHAN BRAUN, | Case No. 2:13-CV-00872-WBS-EFB |
|---|---|
| Plaintiff, | ORDER GRANTING DISMISSAL OF DEFENDANT AIRTOUCH CELLULAR WITH PREJUDICE |
| v. | |
| CELLCO PARTNERSHIP, a Delaware Partnership doing business in the State of California as VERIZON WIRELESS; AIRTOUCH CELLULAR, a California Corporation doing business in the State of California as VERIZON WIRELESS; and DOES 1 through 25, inclusive, | |
| Defendants. | |

Pursuant to the stipulation of the plaintiff, Nathan Braun, and the defendant, Cellco Partnership, defendant Airtouch Cellular is hereby DISMISSED from this action, with prejudice.

IT IS SO ORDERED.

Dated:  September 13, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DISMISSAL OF
DEFENDANT AIRTOUCH CELLULAR WITH
PREJUDICE