Robin K. Perkins, SBN: 131252
Natalia D. Asbill, SBN: 281860
Michael L. Shoff, SBN: 290419
PERKINS & ASSOCIATES
300 Capitol Mall, Suite 1800
Sacramento, CA 95814
Telephone:     916.446.2000
Facsimile:      916.447.6400
rperkins@perkins-lawoffice.com
nasbill@perkins-lawoffice.com
mshoff@perkins-lawoffice.com

Attorneys for Plaintiff

NATHAN BRAUN

Catherine S. Nasser (State Bar No. 246191)
cnasser@JonesDay.com
Allison E. Crow (State Bar No. 279078)
acrow@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     +1.415.626.3939
Facsimile:      +1.415.875.5700

Attorneys for Defendant
CELLCO PARTNERSHIP
D/B/A VERIZON WIRELESS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATHAN BRAUN,**<br><br>          **Plaintiff,**<br><br>     **v.**<br><br>**CELLCO PARTNERSHIP, a Delaware Partnership doing business in the State of California as VERIZON WIRELESS; AIRTOUCH CELLULAR, a California Corporation doing business in the State of California as VERIZON WIRELESS; and DOES 1 through 25, inclusive,**<br><br>          **Defendants.** | **Case No. 2:13-CV-00872-WBS-EFB**<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE (FRCP §41(a)(1))** |

///

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP Rule 41 (a)(1).  The Parties shall bear their own costs and attorneys' fees in connection with this action and the negotiation and preparation of this Agreement.

**IT IS SO STIPULATED.**

Dated: August 1, 2014

          PERKINS & ASSOCIATES

          By __/s/ *Natalia D. Asbill*_____
            Robin K. Perkins
            Natalia D. Asbill
            Attorneys for NATHAN BRAUN

Dated: August 1, 2014

          JONES DAY

          By __/s/ *Catherine S. Nasser*_____
            Catherine S. Nasser
            Allison E. Crow
            Attorneys for CELLCO PARTNERSHIP
            D/B/A VERIZON WIRELESS

**ORDER**

Pursuant to stipulation, **IT IS SO ORDERED.**

Dated:  August 5, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE